**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ROBERT STOKES,                            : No. 28 EM 2015
                                          :
                        Petitioner        :
                                          :
                                          :
                                          :
            v.                            :
                                          :
                                          :
                                          :
COURT OF COMMON PLEAS OF                  :
PHILADELPHIA COUNTY,                      :
                                          :
                        Respondent        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's habeas corpus petition within 90 days.